IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VILLA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Nos.   C 13-2228 JSW (PR)<br><br>**ORDER LIFTING STAY; REOPENING CASE; TO SHOW CAUSE** |

　　　Petitioner, a prisoner of the State of California proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 setting forth six claims challenging the constitutionality of his state court conviction.  His motion to stay the case to allow him to exhaust the first five claims was granted.  He has filed a notice that he has exhausted the claims in which he requests that the stay be lifted and that he be allowed to proceed with the petition.

　　　The Court has previously find the six claims, when liberally construed, to be cognizable.  (*See* Dkt. No. 5.)

　　　For the foregoing reasons and for good cause shown:

　　　1.　The stay is LIFTED.  The Clerk shall reopen the file.

　　　2.　The Clerk shall serve a copy of the petition and all attachments thereto, this order, and the prior order granting the stay (Dkt. No. 5) on Respondent and Respondent's attorney, the Attorney General of the State of California.  The Clerk also shall serve a copy of this order on Petitioner.

　　　3. Respondent shall file with the Court and serve on Petitioner, within **ninety-one (91)** days of the issuance of this order, an answer conforming in all respects to Rule 5 of

the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **twenty-eight (28)** days of the date the answer is filed.

4. Respondent may, within **ninety-one (91) days**, file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **twenty-eight (28)** days of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within **fourteen (14)** days of the date any opposition is filed.

5. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court informed of any change of address by filing a separate paper captioned "Notice of Change of Address." He must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: September 5, 2014

JEFFREY S. WHITE
United States District Judge

2

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

MANUEL VILLA,

        Plaintiff,

  v.

CONNIE GIBSON et al,

        Defendant.

Case Number: CV13-02228 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel Villa K90355
Corcoran State Prison
P.O. Box 3481
Corcoran, CA 93212

Dated: September 5, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk