IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VILLA,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | Nos.  C 13-2228 JSW (PR)<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION; VACATING DISMISSAL AND JUDGMENT; SCHEDULING SERVICE AND BRIEFING OF MOTION TO DISMISS**<br><br>(Dkt. No. 13) |

    Petitioner, a prisoner of the State of California, has filed two habeas corpus petitions, which were consolidated into this matter, pursuant to 28 U.S.C. § 2254. Respondent filed a motion to dismiss the petition as untimely. Petitioner did not file an opposition. The motion was granted and judgment was entered against Petitioner. Petitioner has filed a motion for reconsideration in which he asserts that he never had the opportunity to oppose Respondent's motion because he did not receive it.

    The motion for reconsideration is construed as a motion for relief from judgment under Rule 60(b)(1) of the Federal Rules of Civil Procedure, which provides for relief from judgment where there has been "mistake, inadvertence or excusable neglect." Respondent submitted a proof of service with the motion to dismiss indicating that the motion was served by mail on Petitioner at his current address at Corcoran State Prison. However, Petitioner attaches to the instant motion a declaration stating under penalty of

perjury that he never received the motion to dismiss. In light of this declaration, Petitioner's pro se and incarcerated status, and the reasonable possibility that the motion to dismiss could have been mailed to Petitioner without reaching him in prison, the motion for relief from judgment is GRANTED.

The Court orders as follows:

1. The Order granting the motion to dismiss (dkt. 11) and judgment (dkt. 12) are VACATED.

2. Within 14 days of the date this order is filed, Respondent shall serve his motion to dismiss upon Petitioner again and file with the Court proof thereof.

3. Within 63 days of the date this order is filed, Petitioner shall file an opposition or notice of non-opposition to the motion to dismiss.

4. Within 14 days of the date any opposition is filed, Respondent shall file a reply brief.

5. The Clerk shall reopen the file.

IT IS SO ORDERED.

DATED: October 14, 2015

JEFFREY S. WHITE
United States District Judge

2